## JUDICIAL DISCRETION AS TO QUALIFICATIONS OF AN INTERPRETER.

[Circuit Court of Hamilton County.]

HARRY FENNEN v. THE STATE OF OHIO.

Decided, March, 1903.

The qualifications of an interpreter in a court proceeding is a matter within the sound discretion of the court.

Heard on error to a judgment of guilty under an indictment charging robbery.

*Per Curiam.*

Verona Persel spoke some dialect of the Polish language which the official interpreter could not understand and translate. Mary Batsche was called and examined by the court as to her qualifications, which the court approved, and thereupon she was sworn to act as interpreter. It is complained that' she was not sworn on her *voir dire,* that is, before answering the court's interrogations as to her qualifications.

The passing upon the ·qualifications of an interpreter is peculiarly within the sound discretion of the court, and this being so, it is for the court to determine as to the character of testimony, sworn or unsworn, which will satisfy that discretion, and the court's approval is conclusive in the absence· of a charge of abuse of discretion.

The evidence sufficiently sustains the verdict of guilty on the charge of. robbery.

. Judgment affirmed.

*Robert C. Pugh* and *Vincent Schwab,* for the plaintiff in error.

*R.. Froome Morris,* contra.